No. 697. COLEMAN FURNITURE CORP. *v.* HOME INSURANCE COMPANY OF NEW YORK. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Harvey B. Apperson* for petitioner. *Mr. Alexander H. Sands* for respondent.

No. 700. SIRMANS *v.* BROCK ET AL. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas E. Sandidge* for petitioner. No appearance for respondents.

No. 701. COPPARD, TRUSTEE IN BANKRUPTCY, *v.* AMERICAN FINANCE COMPANY OF GALVESTON ET AL. February 12, 1934. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Mr. John Neethe* for petitioner. No appearance for respondents.

No. 702. TALMADGE *v.* U.S. SHIPPING BOARD MERCHANT FLEET CORP. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Ross Delafield* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for respondent.

No. 707. MASSEY *v.* UNITED STATES. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Hendrickson* for petitioner. *Solicitor General Biggs*